

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/6/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/5/11.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

Case Number:   11-20331 - A - 7

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Benny Joe Dinnel
xxx-xx-2314

16415 Blue Oak Road
Cottonwood, CA 96022

| Debtor's Attorney: | Carl A. Lux
2135 Santa Anita Avenue
Altadena, CA 91001 | Trustee: | John W. Reger
280 Hemsted #C
Redding, CA 96002 |
|---|---|---|---|
| Telephone Number: | 888-882-5610 | Telephone Number: | 530-224-9939 |

### MEETING OF CREDITORS

Location:   2986 Bechelli Lane, 2nd Floor, Room 200, Redding, CA
Date & Time:   3/2/11   09:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** – See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:
5/2/11
Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

Dated:
1/6/11

For the Court,
Wayne Blackwelder, Clerk

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint -- or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) -- in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**--- Refer to Other Side For Important Deadlines and Notices ---**

# CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: admin              Page 1 of 1              Date Rcvd: Jan 06, 2011
Case: 11-20331              Form ID: b9a             Total Noticed: 22


The following entities were noticed by first class mail on Jan 08, 2011.
db           +Benny Joe Dinnel,   16415 Blue Oak Road,    Cottonwood, CA 96022-8508
aty          +Carl A. Lux,    2135 Santa Anita Avenue,    Altadena, CA 91001-2916
18299132     +CITIBANK NY STATE NA,    PO BOX 22828,    ROCHESTER NY 14692-2828
18299133     +CITIBANK STUDENT LOAN CORPORATION,    99 GARNSEY RD,    PITTSFORD NY 14534-4565
18299136     +GREAT LAKES HIGHER EDUCATION,    2401 INTERNATIONAL LN,    MADISON WI 53704-3192
18299140     +LES SCHWAB TIRE CENTER,    PO BOX 5350,    BEND OR 97708-5350
18299141     +NATIONAL UNIVERSITY,    11255 N TORREY PINES RD,    LA JOLLA CA 92037-1011
18299145     +U S DEPT OF ED - DIRECT LOANS,    PO BOX 5609,    GREENVILLE TX 75403-5609
18299146    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 108,    SAINT LOUIS MO 63166)

The following entities were noticed by electronic transmission on Jan 07, 2011.
tr           +EDI: QJWREGER.COM Jan 06 2011 23:08:00      John W. Reger,    280 Hemsted #C,
               Redding, CA 96002-0934
smg           EDI: CALTAX.COM Jan 06 2011 23:08:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA  95812-2952
18299130     +EDI: CAPITALONE.COM Jan 06 2011 23:08:00      CAPITAL ONE,    PO BOX 30281,
               SALT LAKE CITY UT 84130-0281
18299131     +EDI: CITICORP.COM Jan 06 2011 23:08:00      CITIBANK,    701 E 60TH ST N,
               SIOUX FALLS SD 57104-0493
18299134     +EDI: RMSC.COM Jan 06 2011 23:08:00      GE MONEY BANK CARE CREDIT,    PO BOX 981439,
               EL PASO TX 79998-1439
18299135     +EDI: RMSC.COM Jan 06 2011 23:08:00      GEMB LENSCRAFTERS,    PO BOX 981439,
               EL PASO TX 79998-1439
18299137     +E-mail/Text: bankruptcy.notices@hdfsi.com                          HARLEY DAVIDSON CREDIT,
               PO BOX 21829,    CARSON CITY NV 89721-1829
18299138     +EDI: HFC.COM Jan 06 2011 23:08:00      HSBC BANK,    PO BOX 5253,    CAROL STREAM IL 60197-5253
18299129      EDI: HFC.COM Jan 06 2011 23:08:00      BEST BUY HSBC,    PO BOX 15524,    WILMINGTON DE 19850
18299139     +EDI: HFC.COM Jan 06 2011 23:08:00      HSBC BANK NEVADA,    PO BOX 5253,
               CAROL STREAM IL 60197-5253
18299142     +EDI: CFSX.COM Jan 06 2011 23:08:00      PARAGON WAY INC,    2101 W BEN WHITE BLVD,
               AUSTIN TX 78704-7516
18299143     +E-mail/Text: bankruptcy@sccu4u.com                          SIERRA CENTRAL CREDIT UN,
               820 PLAZA WAY,    YUBA CITY CA 95991-3299
18299144     +EDI: WTRRNBANK.COM Jan 06 2011 23:08:00      TARGET NATIONAL BANK,    PO BOX 673,
               MINNEAPOLIS MN 55440-0673
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**               Signature: *Joseph Speetjens*